**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**<u>NOTICE</u>**

The attached stipulation entered on this date, in *Barron v. VisionQuest National, Ltd.*,

Civil Action No. 21-4801, shall apply to, and be filed on the docket of, the VisionQuest cases

consolidated with it for pretrial purposes, as indicated on the list below:

**PLAINTIFF v. VISIONQUEST NATIONAL, LTD.**

| | | |
|---|---|---|
| Adorno | Jose | 23-209 |
| Allen | Jabriel | 23-1356 |
| Allison | Clarence Lee | 23-1078 |
| Ball | Leque | 23-1783 |
| Ballentine | Carl | 23-1357 |
| Barron | Emery | 21-4801 |
| Bason | Darnell | 23-867 |
| Baynard, Jr. | Henry | 23-1100 |
| Boxley, II | Adrian | 22-380 |
| Bryant | Tamel | 23-3585 |
| Carter | Briana | 23-1400 |
| Coleman | Antoine | 22-1726 |
| Coleman | Nakeem | 22-4488 |
| Cooper | Tyrone | 23-2761 |
| Cooper | Niajee | 23-868 |
| Crawford | Cornelius | 23-1689 |
| DeShields | Marcqual | 22-2749 |
| Dominiguez | Freddy | 23-1360 |
| Feliciano | Anthony | 23-3356 |
| Fields | Raheem | 23-3346 |
| Fletcher | Elijah Jason | 22-4990 |
| Fletcher | Lamar Genie | 23-977 |
| Goodman | Eric Romallis | 23-2570 |
| Gregory | Sheldon | 21-4929 |
| Griffin | Javahn | 23-1691 |
| Hayes | Hakim | 22-1264 |
| Hellams | Jamal | 23-1704 |
| Hensley, Jr. | Mark | 25-1440 |
| Highly | Jerry | 22-1997 |
| Holloway | Shawn | 23-178 |
| Houser | Stefan | 23-508 |

| | | |
|---|---|---|
| Hudson | Kerry | 22-3956 |
| Isaac | Zahree | 23-750 |
| Johnson | Marcel Emanuel | 22-3957 |
| Johnson | Jahquill | 23-2763 |
| Johnson | Sadale | 24-3556 |
| King | Keiff | 23-533 |
| Lewis | James | 23-3652 |
| Lighty | Nyfeis | 23-870 |
| Lighty | Melvin | 23-2824 |
| Matthews | Mujahid | 23-1711 |
| Meyer | Russell | 21-4940 |
| Muhamad | Hasan | 23-871 |
| Mull | Keith | 23-1713 |
| Munroe | Marquis | 23-752 |
| Murphy | Kasaon | 23-872 |
| Pagan | Ruben | 23-206 |
| Pagan | Xavier Jason | 23-1715 |
| Parker, Jr. | Robin Earl | 23-1721 |
| Pickens | Aaron | 23-748 |
| Pitts | Aaron | 22-680 |
| Redmond | Daquawana | 22-4485 |
| Rocco | Jonmichael | 23-2331 |
| Santiago-Rivera | Johnny | 23-801 |
| Shoffner | Marvin | 23-1719 |
| Simmons | Robert | 23-1362 |
| Smith | Kevin | 23-2830 |
| Spearman | Raphael | 23-873 |
| Stinnett | Reginald | 23-1723 |
| Tindell | Antonio | 23-2953 |
| Torres | Nathaniel | 23-1725 |
| Valentine | Carlos | 22-1998 |
| Vanwhy | Steven | 23-3081 |
| Williams | Jules | 23-749 |
| Wyatte | Isaiah | 23-531 |
| Young | Curtis Anthony | 23-1815 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMERY BARRON** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-4801** |
| | : | |
| **VISIONQUEST NATIONAL, LTD** | : | |

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate and agree that this action is dismissed **without prejudice**, with each party to bear its own costs and attorneys' fees.

The parties expressly agree that this dismissal is not intended to operate as an adjudication on the merits and does not waive any rights in the event the confidential settlement reached with the assistance of this Court on January 12, 2026, is not fully executed or consummated.

At the request of the parties, the Court retains jurisdiction to ensure such compliance and to resolve any dispute that arises with respect to implementation of the settlement.

**On behalf of Plaintiffs:**

/s/ Martin G. Rubenstein                February 10, 2026
Martin G. Rubenstein                    Date
Baldante & Rubenstein, P.C.

/s/ David Wesley Cornish                February 10, 2026
David Wesley Cornish                    Date
Cornerstone Legal Group, LLC

/s/ Marni Berger                        February 10, 2026
Marni Berger                            Date
Kline & Specter

**On behalf of Defendants:**

/s/ Gerald J. Valentini                 February 10, 2026
Gerald J. Valentini                     Date
Thomas, Thomas & Hafer, LLC

**APPROVED BY THE COURT:**

/s/ Gerald Austin McHugh                February 11, 2026
United States District Judge